# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
MAR 2 3 2001

INTERNATIONAL INSURANCE CO.

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 00 C 6703

CAJA NACIONAL DE AHORRO Y SEGURO

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's 26th affirmative defense reserves the right to amend its answer to assert any additional affirmative defenses as may become apparent through discovery. This is a proper affirmative defense under Rule 15(a), which allows the courts to grant leave to amend pleadings. This Rule applies to answers and affirmative defenses as well as complaints. See Renalds, 110 F.Supp.2d at 803. Accordingly, affirmative defense 26 is not stricken.

Michael W. Dobbins, Clerk of Court

Date: 3/22/2001

Linda Garth, Deputy Clerk