# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 6703 | DATE | July 5, 2001 |
| CASE TITLE | International Insurance Company v. Caja Nacional De Ahorro Y Seguro | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Motion For Default Judgment and Confirmation of Arbitration Award

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's Motion for Judgment by Default and for Confirmation of Arbitration Award is granted.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| ✓ | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JUL 9 2001 date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LC/RH | courtroom deputy's initials | FILED FOR DOCKETING 01 JUL -5 PM 5:50 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

# ORDER

On March 22, 2001, this Court struck defendant's answer and affirmative defenses for failing to file the post-security bond as required by the Illinois Insurance Code. The Court ordered defendant to post security before filing a new answer and affirmative defenses. Defendant did not file a new answer or affirmative defenses and has appealed the Court's Order to the Seventh Circuit Court of Appeals.

Plaintiff has moved for default judgment based on defendant's failure to file an answer or other affirmative defenses. Defendant argues that default judgment is not proper because it has not willfully failed to comply with the Court's Order. Instead, it has filed a meritorious timely appeal, and posting security would render its appeal moot.

The entry of defaults has become "a common sanction for late filings by defendants, especially in collection suits ... against sophisticated obligors." *See In re State Exchange Fin. Co.*, 896 F.2d 1104, 1106 (7th Cir. 1990). In the present case, defendant admits that it has not filed an answer. In its brief in opposition of default judgment, defendant asks this Court to deny the plaintiff's motion and allow the appeal to go forward without requiring defendant to file an answer until the appeal is finished. In essence, defendant is asking the Court to stay the present litigation due to the pending appeal. However, defendant has not filed a motion and the necessary supersedeas bond to stay the litigation pursuant to Fed. R. Civ. 62(d).

Defendant admits that it has not filed an answer. Defendant does not indicate that it plans to file an answer or the required security for filing such answer. Defendant has not sought to stay the present litigation while the appeal is pending. Accordingly, defendant has willfully failed to answer plaintiff's complaint for confirmation of an arbitration agreement. Plaintiff's Motion for Default Judgment is granted. The October 17, 2000 arbitration award of $4,702,428.12 is confirmed.