48609-33-30

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL INSURANCE COMPANY, et al.., | ) ) ) |
| Plaintiff, | ) ) NO: 00 C 6703 ) |
| v. | ) Judge John W. Darrah ) |
| CAJA NATIONAL DE AHORRO Y SEGURO, | ) Magistrate Judge Martin Ashman ) |
| Defendant. | ) ) |

**FILED JAN 30 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**DOCKETED JAN 3 1 2003**

## NOTICE OF FILING

TO: James I. Rubin
Renton Douglass bond
Randi L. Ellias
Butler, Rubin, Saltarelli & Boyd
Three First National Plaza
70 W. Madison Street
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on January 30, 2003, the undersigned has filed the following documents:

• AFFIDAVIT OF JORGE W. MOREIRA IN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS FEES

in the United States District Court For the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

CAJA NACIONAL DE AHORRO Y SEGURO

BY: _____
Jorge Moreira

Jorge W. Moreira
The Moreira Law Firm P.C.
130 W. 42nd Street, Suite 501
New York, NY 10036
212-398-8600
Fax: 212-398-9425

Local Counsel:
Richard J. Rettberg - ARDC #02318989
McKenna, Storer, Rowe, White & Farrug
33 North LaSalle Street
Chicago, IL 60602-2610
312/558-3900
Fax: 312/558-8348

STATE OF ILLINOIS )
)
COUNTY OF COOK )

## CERTIFICATE OF SERVICE

    The undersigned states that she served the foregoing Notice of Filing and the above-listed document(s) referred to therein by depositing a copy of the same in the United States Mail to the above-named attorney(s) from 33 North LaSalle Street, Chicago, Illinois, before 5:00 p.m. on January 30, 2003.

Sworn before me on January 30, 2003

NOTARY PUBLIC

"OFFICIAL SEAL"
JACQUELYN F. GANNON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/13/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS



| | |
|---|---|
| INTERNATIONAL INSURANCE COMPANY, for itself and as Successor in Interest to International Surplus Lines Insurance Company, The North River Insurance Company, United States Fire Insurance Company and/or Westchester Fire Insurance Company, Industrial Insurance Company, United States Fire Insurance Company of Canada, Toronto, Ontario and Herald Insurance Company of Canada, Toronto, Ontario, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Judgment Creditor, | ) |
| v. | ) Civil Action No. 00 C 6703 |
| CAJA NACIONAL DE AHORRO Y SEGURO, | ) Judge Darrah |
| Judgment Debtor. | ) Affidavit in Opposition |

JORGE W. MOREIRA, being duly sworn deposes and states under oath, as follows:

1- I am an attorney at law admitted to practice before the Courts of the State of New York and am admitted to practice before the Seventh Circuit Court of Appeals. My firm is the lead counsel for Defendant Caja Nacional De Ahorro Y Seguro ("Caja") in the above captioned matter and, as such, I am fully familiar with facts and circumstances involved herein and with all of the proceedings heretofore held. I make this Affidavit in Opposition to the Motion for Attorney's Fees. While we have no way to determine whether or not these fees are fair or just, we do oppose the motion inasmuch as it seeks to



burden Caja with legal fees that should be charged to International Insurance Company ("IIC").

2- It should be noted that there is no agreement between the parties that makes IIC's legal fees to be for the account of Caja. La Caja has not acted in a frivolous manner. It has, in substance, provided the information sought by IIC, which in summary is that Caja has no assets or collectibles. Caja may have had a problem with providing the information in the proper format. In addition to all of the information already provided, this law firm is in the process of obtaining a response to the interrogatories propounded by IIC. The lack of a response acceptable to this court has been more related to the economic situation and instability in Argentina than to a willful effort to thwart IIC's efforts to obtain information about the existence of assets of Caja.

3- On or about September 24, 2002, I submitted an affidavit in the instant matter which set forth the steps this firm had undertaken to comply with requests for discovery. Attached to said afffidavit was the affidavit of Juan Carlos Brocca, Chief Counsel of Instituto Nacional de Reaseguros ("INdeR"). In said affidavit Mr. Brocca stated under oath that: "La Caja does not have assets, offices or employees in the United States." Furthermore, at ¶ 5 of said affidavit, Mr. Brocca states:

> Specifically, for the period included in the criterion (1/1/2000 til the day of the present affidavit), we do not have any knowledge to affirm that La Caja has any assets of its own, or property of any kind. As we have said before, la Caja was liquidated in 1994 and was transferred to The Ministry of Economy (Department of Public Finance).

A copy of my affidavit and attachments, including Mr. Brocca's affidavit are annexed hereto and made a part hereof as Exhibit "A".

4- On or about October 14, 2002, I submitted an affirmation in opposition to a motion for sanctions. A copy of same is attached hereto and made a part hereof as Exhibit "B". In said affirmation it was again stated, under penalties of perjury, that Caja does not have any assets. Furthermore my affirmation contained the following statement made under the penalties of perjury: "We now attach a copy of Resolution No. 893 of July 31, 1998, of the Ministry of Economy, wherein Article 1, it is decreed that all debts and assets of La Caja Nacional de Ahorro y Seguro, a Public Corporation in Liquidation, are transferred to the National Treasury."

5- We bring these affidavits and affirmation to the Court's attention not to relitigate those matters, but as an indication that at all times relevant the above captioned Judgment Creditor has been made aware that Caja simply does not have any assets. Whatever assets that Caja may have possessed, along with whatever amounts may have been due to Caja were transferred to the National Treasury of Argentina.

6- I have recently traveled to Argentina and attempted to obtain additional information that might be available concerning the discovery requests that the International Insurance Company ("IIC") has pending. We ask the Court to take judicial notice of the state of the Argentine economy. It is in total shambles. Counsel have not been recalcitrant in this matter. However, for the most part, the only answer that can be given is that Caja simply does not have any assets and can not make any payments of any kind.

WHEREFORE, it is respectfully prayed that the Motion for Attorney's Fees be denied, with such other and further relief as to this Court seems just and proper under the circumstance.

DATED: New York, New York
January 29, 2003

Jorge W. Moreira

Sworn to before me this 29th
Day of January, 2003

Notary Public

DAVID A. COBIN
Notary Public, State of New York
No. 02CO6034823
Qualified in New York County
Commission Expires Dec. 20, 200_

# SEE CASE FILE FOR EXHIBITS