IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INTERNATIONAL INSURANCE COMPANY, ) | | |
| for itself and as Successor In Interest to ) | | |
| International Surplus Lines Insurance Company, ) | | |
| The North River Insurance Company, United ) | | |
| States Fire Insurance Company and/or Westchester ) | | |
| Fire Insurance Company, Industrial Indemnity ) | Civil Action No. 00 C 6703 | |
| Company, United States Fire Insurance Company ) | | |
| of Canada, Toronto, Ontario, and Herald Insurance ) | The Honorable John W. Darrah | |
| Company of Canada, Toronto, Ontario, ) | | |
| ) | | |
| Judgment Creditor, ) | | |
| v. ) | | |
| ) | | |
| CAJA NACIONAL DE AHORRO Y SEGURO, ) | | |
| ) | | |
| Judgment Debtor. ) | | |

NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: Jorge W. Moreira
Jorge W. Moreira, Esq. Law Offices
130 West 42nd Street, Suite 714
New York, NY 10036

**PLEASE TAKE NOTICE** that on July 10, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any other Judge who may be sitting in his stead, in Room 1203, 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing the attached Petition to Revive Judgment, a copy of which is attached hereto and hereby served on you.

The undersigned, an attorney, certifies that he caused a copy of this Notice and the aforementioned document to be served upon the party listed above via United States Mail on July 1, 2014.

Dated: July 1, 2014                                    INTERNATIONAL INSURANCE COMPANY,


                                                By:    /s/ Joseph P. Noonan III
                                                       One of its Attorneys

James I. Rubin (Attorney I.D. No. 02413191)
Julie R. Aldort (Attorney I.D. No. 06271412)
Joseph P. Noonan III (Attorney I.D. No. 06278142)
Butler, Rubin, Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

517527